FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

2022 SEP 21 PM 2:37

for the

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MIDDLE District of FLORIDA

ORLANDO Division

)   Case No. 6:22-cv-1727-RBD-EJK
)   (to be filled in by the Clerk's Office)
)
ARTHUR VAUGHN HARRIS )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) WAYNE IVEY, CHIEF )
SINGLETARY, KATIE WHITING, )
CORIZON/YES CARE )
                                    -v- )
)
)
)
)
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ARTHUR VAUGHN HARRIS
   All other names by which you have been known:
   ID Number: 467-3447
   Current Institution: BREVARD COUNTY JAIL COMPLEX
   Address: 860 CAMP ROAD
   COCOA, FL 32927
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: WAYNE IVEY
   Job or Title *(if known)*: DIRECTOR / SHERIFF
   Shield Number:
   Employer: BREVARD COUNTY SHERIFF DEPT
   Address: 700 PARK AVE
   TITUSVILLE, FL 32
   City / State / Zip Code
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: CHIEF SINGLETARY
   Job or Title *(if known)*: JUDICIAL SERVICES
   Shield Number:
   Employer: BREVARD COUNTY SHERIFF DEPT
   Address: 860 CAMP ROAD
   COCOA, FL 32927
   City / State / Zip Code
   [X] Individual capacity   [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: YES CARE / CORIZON
Job or Title (if known): HEALTHCARE PROVIDER
Shield Number:
Employer: BREVARD COUNTY JAIL
Address: 860 CAMP ROAD
COCOA, FL 32927
City / State / Zip Code

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
Name: KATIE WHITING
Job or Title (if known): HEALTH SERVICE ADMINISTRATOR
Shield Number:
Employer: YES CARE / CORIZON
Address: 860 CAMP ROAD
COCOA, FL 32927
City / State / Zip Code

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S.C. AMEND V - DUE PROCESS OF LAW
U.S.C. AMEND XIV - EQUAL PROTECTION OF LAW
U.S.C. AMEND VIII - DELIBERATE INDIFFERENCE & CRUEL UNUSUAL PUNISHMENT
U.S.C. AMEND IV
HIPAA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. SEE ATTACHED

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

II.

D.   According to 1983, the defendants named in this complaint are liable for violating my constitutional rights by use of excessive force by law enforcement, due process of law, equal protection of the law and HIPPA violations, all of which resulted in severe bodily injury, and a deliberate indifference knowingly denying me adequate treatment for injuries that were proven to exist as a result of excessive force by law enforment and negligence from ignoring directives from Dr.s. and Physicians.

IV.

Excessive force is force not applied in good faith effort to maintain or restore discipline, excessive use of force is the use of an objectively unreasonable level of force or violence to perform a lawful act or to achieve a lawful goal. There was an excessive use of force applied by Sheriff's deputies when subdoeing me through the dispatch officers were aware of injury already suffered due to collision with guardrail. The United States Constitution guarantee citizens the right to be secure in their person.

Case 6:22-cv-01727-RBD-E_K   Document 1   Filed 09/21/22   Page 6 of 18 PageID 6

AND NOT HAVE TO ANTICIPATE BRUTALITY OR EXCESSIVE FORCE AT THE HANDS OF THE ONE WHO'S JOB IS TO UPHOLD THE LAW AND SEEK JUSTICE.

IV. CONTINUED

THE INDIVIDUAL INTEREST IN AVOIDING DISCLOSURE OF PERSONAL MATTERS. PERSONAL PRIVATE INFORMATION IN WHICH AN INDIVIDUAL HAS A REASONABLE EXPECTATION OF CONFIDENTIALITY IS PROTECTED BY ONE'S CONSTITUTIONAL RIGHT TO PRIVACY. I MAINTAINED A REASONABLE EXPECTATION OF PRIVACY IN DETAILS THAT WERE NOT PART OF THE PUBLIC RECORD. THE CONSTITUTION PROTECTS PEOPLE WHERE THEY HAVE A REASONABLE EXPECTATION OF PRIVACY, THAT IS A PLACE WHERE THE PERSON HAS AN ACTUAL SUBJECTIVE EXPECTATION OF PRIVACY AND THE EXPECTATION IS ONE THAT SOCIETY IS PREPARED TO RECOGNIZE...

KNOWING ABOUT MY INJURIES AND THE SERIOUSNESS, AND BEING IN AND HAVING FULL ACCESS OF MY MEDICAL RECORDS, THE FACILITIES HEALTHCARE PROVIDER AND HEALTH SERVICE ADMINISTRATOR DISCONTINUED ALL MEDICAL TREATMENT CONCERNING MY INJURED SHOULDER, NECK AND BACK. THE JAILS OFFICIALS COLLECTIVELY, WERE DELIBERATELY INDIFFERENT TO THE RISK THAT I COULD BE SERIOUSLY HURT IF ATTACKED OR IN ANY OTHER EMERGENCY SITUATION THAT COULD OCCUR WHERE I WOULDN'T BE ABLE TO PROTECT MYSELF

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 02, 2021, IS WHEN THE INCIDENT OCCURED.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I SUFFERED MILD BONE SEPERATION AND SUBSTANTIAL MUSCLE DAMAGE. I HAD AN INTERVEINOUS STEROID SHOT ADMINISTERED TO INJURIES AND ATTENDED PHYSICAL THERAPY, AS REFERRED BY ORTHAPEDIC SPECIALIST, IMPENDING SURGERY. WAS TOLD I NEEDED SURGERY. FACILITY ADMINISTRATION DISCONTINUED MEDICAL TREATMENT, PAIN HAS NO SUBSIDED.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WANT THE COURT TO GRANT ME RELIEF FOR PAIN AND SUFFERING, MENTAL ANGUISH, COMPUSATORY DAMAGES INDIVIDUALLY AND COLLECTIVELY FOR $100.000 USD, PUNITIVE DAMAGES $250,000.00 USD AND INJUNCTIVE DAMAGES AND ANY OTHER DAMAGES THE COURT SEES FIT AS EQUITABLE FOR RELIEF

IV

D.     On the day of June 02, 2021, I was subdued by Sheriffs Deputies by the deployment of a taser. After being subdued Deputies continued in illegal assult and battery causing a substantial amount of injury. I was sitting stationary in the vehicle after colliding into guardrail on Interstate 95. There I was on the phone, facetiming with my fiance letter her know I was in severe pain due to collision. Sitting inside the truck without provocation Deputy shot me with his taser, despite my physical imphirments. This shooting was unprovoked without justification an unlawfully excessive.

Then to add to injury, without being checked out by paramedics, I was pulled from wreckage, slammed on the ground on my leftside, area of before mentioned trauma. The further violation was caused, because I was already demobilized by accident then subdued by taser and the fact that I shouldn't have been moved from the wreckage but only by paramedics. It was radical and excessive to pull me from wreckage without clearance from medics and throwing me on the ground and piling on top of me. Nothing about this is irrefutable and should be

ON DEPUTIES BODY CAMERAS. I DIDNT INTENTIONALLY, UNLAWFULLY, DELIBERATELY BY WORD OR ACT OF VIOLENCE PROVOKE OFFICERS TO PERFORM THESE HEINOUS ACTS.

SHERIFF WAYNE IVEY IS THE RESPONDENTS (DEPUTIES) SUPERVISOR. HE IS RESPONSIBLE FOR THIER TRAINING IN SUCH SITUATIONS TO PROTECT THEMSELVES AND ACCUSED FOR THE PURPOSE OF DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAW. THE RESPONDING DEPUTIES DISPLAYED OBJECTIVE REASONABLENESS BY VIOLATION MY DUE PROCESS OF THE LAW AND EQUAL PROTECTION OF THE LAW, BY DELIBERATELY ADDING TRAUMA AND PAIN THROUGH THE EXCESSIVE USE OF FORCE. AT 00:16:33 ON 06/02/2021 I TOLD OFFICIALS I COULDNT MOVE LEFT SIDE OF MY BODY. AT 00:22:24 I TOLD THEM AGAIN I WAS SEVERELY INJURED.

THE JAIL FACILITIES HEALTHCARE PROVIDER (CORIZON/XES CARE), ADDRESS MY INJURIES OF MILD BONE SEPERATION, NECK STRAIN, MUSCLE DAMAGE AND HIP PAIN, BY HAVING X-RAYS DONE. I WAS GIVEN INTERVEINOUS STEROIDAL TREATMENT BY AN ORTHAPEDIC SPECIALIST WHO ALSO REFERRED ME TO A PHYSICAL THERAPIST. AFTER A FEW THERAPY SESSIONS I WAS ADVISED THAT SURGERY WAS INEVITABLE. KATIE WHITING IGNORED ALL DOCTORS ORDERS THUS DENYING ME ADEQUATE MEDICAL ATTENTION AND

Pain Management, knowing the severety of the injury and risks. Chief Singletary the Jails Chief Administrator denied me further treatment.

Chief Singletary, Katie Whiting and the Jails Administration are Deliberately and Intentionally Denying me Adequate Treatment for Injuries that have been proven to exist as a result of the Illegal use of Excessive Force by Sheriff's deputies, and Ignoring Dr's Directives and Orders for treatment and long term care. Under the Guise of Chief Singletary, during all Doctor's Visits, officer's were in Examination Rooms without my permission during consultations with Physicians Specialist, Doctors and Therapist when being administered steroidal treatment, therapy sessions and Discussing Medical Information. Information that is Private and Privelaged. When there Job was to Provide Security. Obvious HIPAA Violations.

The Constitutional Right to Privacy extends to the Individual Interest in Avoiding disclosure of Personal matters. Personal Private Information in which An Individual Has A Reasonable Expectation of Confidentiality is protected by One's

CONSTITUTIONAL RIGHT TO PRIVACY. I MAINTAINED A REASONABLE EXPECTATION OF PRIVACY IN DETAILS THAT ARE NOT PART OF THE PUBLIC RECORD.

THE CONSTITUTION PROTECTS PEOPLE WHERE THEY HAVE A REASONABLE EXPECTATION OF PRIVACY THAT IS A PLACE WHERE THE PERSON HAS AN ACTUAL SUBJECTIVE EXPECTATION OF PRIVACY AND THE EXPECTATION IS ONE THAT SOCIETY IS PREPARED TO RECOGNIZE... PAYNE V. TASUMI 998 F.3d 648; KATZ V. UNITED STATES 389 U.S. 347, 88 S CT. 507, 19 L. ED 2d 576 (1967); GRAY V. IVEY, CASE NO 6:17-CV-118-ORL 37 GJK (MD FLA APR 27, 2012)...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BREVARD COUNTY JAIL COMPLEX

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? THE JAILS GRIEVANCE PROCESS IS TO BE ADDRESSED ON ANDROID TABLETS PROVIDED BY THE FACILITY.

2. What did you claim in your grievance? SEVERE PAIN, RESTLESSNESS, LOSS OF RANGE, MOTION AND FUNCTION WITH STRAIN IN NECK AND BURNING IN AREA OF INJURY

3. What was the result, if any? I WAS TOLD SURGERY WAS NEEDED BUT IT WOULD BE A LONG TERM ISSUE UNTIL I COULD ADDRESS IT PERSONALLY

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* THE GRIEVANCE PROCESS WAS CLOSED OUT BY HEALTH SERVICE ADMINISTRATOR AND MEDICAL PERSONNEL, VIOLATING POLICY TO APPEAL GRIEVANCES, LEAVING MY PAIN AND SUFFERING UNRESOLVED.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes  
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

    ☐ Yes  
    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SEPTEMBER 20, 2022

Signature of Plaintiff: Arthur Vaughn Harris
Printed Name of Plaintiff: ARTHUR VAUGHN HARRIS
Prison Identification #: 467-3447
Prison Address: 860 CAMP ROAD
COCOA, FL 32927

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address